# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANTWANNE JAMES WHITE | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | NO. 16-4243 |

## ORDER

**AND NOW**, this 25th day of August 2016, upon consideration of Plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Plaintiff Antwanne James White, #67142-066, shall pay the full filing fee of $350 in installments, under 28 U.S.C. § 1915(b). Based on his financial information, an initial partial filing fee of $34.06 is assessed. The Warden or other appropriate official at the Federal Correctional Institution, Ray Brook or at any other prison at which Mr. White may be incarcerated is directed to deduct $34.06 from his inmate trust fund account, when such funds become available, and forward it to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 16-4243. After the initial partial filing fee is collected and until the full filing fee is paid, the Warden or other appropriate official at the Federal Correctional Institution, Ray Brook or at any other prison where Mr. White is incarcerated, shall deduct from his account, each time his inmate trust fund account exceeds $10, an amount no greater than twenty percent (20%) of the money credited to his account during the preceding month and forward it to the Clerk of Court to be credited to Civil Action No. 16-4243.

3. The Clerk of Court shall send a copy of this Order to the Warden of the Federal Correctional Institution, Ray Brook.

4. The complaint is **DISMISSED** with prejudice as frivolous; and,

5. The Clerk of Court shall **CLOSE** this case.

_____
KEARNEY, J.